# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

---

CANNABIS IMPACT PREVENTION COALITION, LLC; CANNABIS INDUSTRY VICTIMS SEEKING JUSTICE, LLC; RENEE BARCHITTA; EDWIN DE LA CRUZ; ERIC R. DE LA CRUZ; PHIL ORENSTEIN; PHILIP MCMANUS; ROBERT CAEMMERER; RICHARD P. MCARTHUR; RONNIE HICKEY and JOHN AND JANE DOES 1-15 and XYZ CORPORATIONS 1-15, JOINTLY,

           Plaintiffs,

-against-

KATHY HOCHUL, GOVERNOR OF NEW YORK, IN HER OFFICIAL AND PERSONAL CAPACITIES; NEW YORK STATE CANNABIS CONTROL BOARD; NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT; TREMAINE WRIGHT CHAIRWOMAN OF THE NEW YORK STATE CANNABIS CONTROL BOARD IN HER OFFICIAL AND PERSONAL CAPACITIES; CHRIS ALEXANDER EXECUTIVE DIRECTOR OF THE NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, IN HIS OFFICIAL AND PERSONAL CAPACITIES; AMANDA HILLER, ACTING COMMISSIONER OF THE STATE DEPARTMENT OF TAXATION AND FINANCE IN HER OFFICIAL AND PERSONAL CAPACITIES; AND JOHN AND JANE DOES 1-15 AND XYZ ORPORATIONS 1-15, JOINTLY,

           Defendants.

Case No. 1:23-cv-01075-LEK-CFH

Judge Lawrence E. Kahn

---

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: January 12, 2024

By: /s/ Gary F. Hritz
Bartels & Feureisen LLP
*Attorneys for Plaintiffs*
George F. Hritz
2 Depot Plaza, Suite 303
Bedford Hills, New York 10507
914-681-7175
203-570-2310
george@hritzlaw.com
www.bfllp.net

Dated: January 12, 2024

By: /s/ K. Martin
Letitia James
Attorney General of the State of New York
*Attorneys for Defendants*
Kathryn Martin
Assistant Attorney General
Of Counsel
44 South Broadway
White Plains, New York 10601
914-422-8615
Kathryn.Martin@ag.ny.gov